| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | Andrew S. Friedman (to seek *pro hac vice* admission) |
| 3 | Wendy J. Harrison (SBN 151090) |
| 4 | 2901 North Central Avenue, Suite 1000 |
|   | Phoenix, Arizona 85012 |
| 5 | Telephone: (602) 274-1100 |
| 6 | |
|   | CHAVEZ & GERTLER, L.L.P. |
| 7 | Mark A. Chavez (SBN 90858) |
| 8 | Jonathan Gertler (SBN 111531) |
|   | Nance F. Becker (SBN 99292) |
| 9 | 42 Miller Avenue |
| 10 | Mill Valley, California 94941 |
|   | Telephone: (415) 381-5599 |
| 11 | |
| 12 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
|   | John J. Stoia, Jr. (SBN 141757) |
| 13 | Theodore J. Pintar (SBN 131372) |
| 14 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA 92101 |
| 15 | Telephone: (619) 231-1058 |
| 16 | |
| 17 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | MARA Y. BURNS; RODOLFO SANCHEZ and M. CARMEN SANCHEZ, | ) Case No.: CV08-0919 EMC |
| 21 | | ) <u>CLASS ACTION</u> |
| 22 | Plaintiffs, | ) **DECLINATION TO PROCEED** |
| 23 | | ) **BEFORE A MAGISTRATE JUDGE** |
| 24 | v. | ) **AND REQUEST FOR** |
|    |    | ) **REASSIGNMENT TO A UNITED** |
| 25 | WASHINGTON MUTUAL BANK, | ) **STATES DISTRICT JUDGE** |
| 26 | | ) |
| 27 | Defendant. | ) |
| 28 | | |

---

**DECLINATION TO PROCEED BEFORE US MAGISTRATE, CV08 0919**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 15, 2008                    CHAVEZ & GERTLER LLP


                                            By: _____/s/_____
                                                Mark A. Chavez

                                            Attorneys for Plaintiffs