BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (to seek *pro hac vice* admission)
Wendy J. Harrison (SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr. (SBN 141757)
Theodore J. Pintar (SBN 131372)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA Y. BURNS; RODOLFO SANCHEZ and M. CARMEN SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK,<br><br>Defendant. | Case No.: CV08-0919 EMC<br><br>CLASS ACTION<br><br>PROOF OF SERVICE |

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF MARIN       )

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

On February 15, 2008, I served the foregoing documents:

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

Michael J. Agoglia
Morrison & Foerster LLP
425 Market Street
San Francisco, Ca 94105

[X]   **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

Executed on February 15, 2008, at Mill Valley, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Cate L. Coelho