| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN |
| 2 | & BALINT, P.C. |
|   | Andrew S. Friedman (to seek *pro hac vice* admission) |
| 3 | Wendy J. Harrison (SBN 151090) |
| 4 | 2901 North Central Avenue, Suite 1000 |
|   | Phoenix, Arizona 85012 |
| 5 | Telephone: (602) 274-1100 |
| 6 | |
|   | CHAVEZ & GERTLER, L.L.P. |
| 7 | Mark A. Chavez (SBN 90858) |
|   | Jonathan Gertler (SBN 111531) |
| 8 | Nance F. Becker (SBN 99292) |
| 9 | 42 Miller Avenue |
|   | Mill Valley, California 94941 |
| 10 | Telephone: (415) 381-5599 |
| 11 | |
| 12 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
|   | John J. Stoia, Jr. (SBN 141757) |
| 13 | Theodore J. Pintar (SBN 131372) |
| 14 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA 92101 |
| 15 | Telephone: (619) 231-1058 |
| 16 | |
|   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA Y. BURNS; RODOLFO SANCHEZ and M. CARMEN SANCHEZ, | Case No.: CV08-0919 WHA |
| | <u>CLASS ACTION</u> |
| Plaintiffs, | PROOF OF SERVICE |
| v. | |
| WASHINGTON MUTUAL BANK, | |
| Defendant. | |

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF MARIN       )

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

On February 28, 2008, I served the foregoing documents:

- **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT; and**

- **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

Michael J. Agoglia
Morrison & Foerster LLP
425 Market Street
San Francisco, Ca 94105

[X]   **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

Executed on February 28, 2008, at Mill Valley, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Cate L. Coelho

PROOF OF SERVICE