1  MICHAEL J. AGOGLIA (CA SBN 154810)
   MAgoglia@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   WGarbers@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   WASHINGTON MUTUAL BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY Y. BURNS; RODOLFO SANCHEZ and M. CARMEN SANCHEZ,<br><br>             Plaintiffs,<br><br>     v.<br><br>WASHINGTON MUTUAL BANK,<br><br>             Defendant. | Case No.   3:08-cv-00919-WHA<br><br>**WAIVER OF SERVICE OF SUMMONS AND COMPLAINT** |

1  WHEREAS, plaintiffs filed the complaint on February 13, 2008;

2  WHEREAS, the parties have agreed that defendant will waive service and service of summons and complaint shall be deemed effective as of April 8, 2008;

3  IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel, that defendant's deadline to initially respond to the complaint shall be April 28, 2008.

Dated:    March 27, 2008              MICHAEL J. AGOGLIA
                                       WENDY M. GARBERS
                                       MORRISON & FOERSTER LLP


                                       By:    /s/
                                              Michael J. Agoglia
                                              Attorneys for Defendant



Dated:    March 27, 2008              MARK A. CHAVEZ
                                       JONATHAN GERTLER
                                       NANCE F. BECKER
                                       CHAVEZ & GERTLER, LLP


                                       By:    /s/
                                              Mark A. Chavez
                                              Attorneys for Plaintiffs

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

                                       By:    /s/
                                              Wendy M. Garbers
                                              Attorneys for Defendant

Waiver of Service CV 08 0919                                                              2
sf-2484904