| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN |
| | & BALINT, P.C. |
| 2 | Andrew S. Friedman (to seek *pro hac vice* admission) |
| 3 | Wendy J. Harrison (SBN 151090) |
| | 2901 North Central Avenue, Suite 1000 |
| 4 | Phoenix, Arizona 85012 |
| | Telephone: (602) 274-1100 |
| 5 | |
| 6 | CHAVEZ & GERTLER, L.L.P. |
| | Mark A. Chavez (SBN 90858) |
| 7 | Jonathan Gertler (SBN 111531) |
| | Nance F. Becker (SBN 99292) |
| 8 | 42 Miller Avenue |
| 9 | Mill Valley, California 94941 |
| | Telephone: (415) 381-5599 |
| 10 | |
| 11 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | John J. Stoia, Jr. (SBN 141757) |
| 12 | Theodore J. Pintar (SBN 131372) |
| | 655 West Broadway, Suite 1900 |
| 13 | San Diego, CA 92101 |
| | Telephone: (619) 231-1058 |
| 14 | |
| 15 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARA Y. BURNS; RODOLFO SANCHEZ and M. CARMEN SANCHEZ, | ) | Case No.: CV08-0919 WHA |
| | ) | |
| | ) | CLASS ACTION |
| Plaintiffs, | ) | |
| | ) | **NOTICE OF DISMISSAL WITHOUT** |
| | ) | **PREJUDICE** |
| v. | ) | |
| | ) | |
| WASHINGTON MUTUAL BANK, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF DISMISSAL

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs MARA Y. BURNS; RODOLFO SANCHEZ and M. CARMEN SANCHEZ, by and through undersigned counsel, hereby dismiss this action without prejudice. Defendant has not yet answered or responded to this action.

Dated: April 15, 2008

Respectfully submitted,

CHAVEZ & GERTLER LLP

BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: *Nance Becker*
Nance F. Becker

Attorneys for Plaintiffs

NOTICE OF DISMISSAL